**Opinion issued September 27, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00367-CV

————————————

**THOMAS JACKSON, Appellant**

**V.**

**PETROHAWK ENERGY CORPORATION SHAREHOLDER LITIGATION, Appellee**

———

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1142124**

———

### MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.